IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON SOMMERVILLE,

Plaintiff,

-vs-                                              CASE NO.:  6:14-CV-1060-ORL-41-KRS

AMERICAN EXPRESS COMPANY,

Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  this  2nd day of December, 2014, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to the following CM/ECF participants:  Brian Frontino, Esq., Strook & Strook &

Lavan, LLP, 200 South Biscayne Blvd., Suite 3100, Miami, FL 33131.


Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
MVitoria@ForThePeople.com
afloyd@forthepeople.com
Florida Bar #:  0135534
Attorney for Plaintiff